EMIL CHAMBLISS, Appellant, v UNIVERSITY GROUP MEDICAL AS-
SOCIATES et al., Respondents.

Submitted September 26, 2016; decided December 20, 2016

Motion, insofar as it seeks leave to appeal as against defend-
ants South Island Medical Associates and Dr. Mark Joseph,
dismissed as untimely (see CPLR 5513 [b]), as the prior motion
for leave to appeal made at the Appellate Division was
untimely as to them (see Arthur Karger, Powers of the New
York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]); mo-
tion, insofar as it seeks leave to appeal as against defendants
University Group Medical Associates and Dr. Steven Siegel,
dismissed upon the ground that the order sought to be ap-
pealed from does not finally determine the action within the
meaning of the Constitution.

DEBORAH ETZION, Appellant, v RAFAEL ETZION et al., Respon-
dents.

Submitted September 19, 2016; decided December 20, 2016

Motion by Women's Bar Association of the State of New York
for leave to appear amicus curiae on the motion for leave to ap-
peal herein granted and the brief is accepted as filed.

In the Matter of NANCY ANASTASIA GONOS, Appellant, v EM-
MANUEL HADZIPETROS, Respondent.

Submitted October 11, 2016; decided December 20, 2016

Motion for reargument of motion for leave to appeal denied
[see 27 NY3d 912 (2016)]. Motion for poor person relief
dismissed as academic.